A CERTIFIED TRUE COPY
ATTEST
By Darion Payne on Jan 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 14, 2010

FILED
CLERK'S OFFICE

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 626 F.Supp.2d 1333 (J.P.M.L. 2009).  Since that time, 26 additional actions have been transferred to the Southern District of Florida.  With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                                      MDL No. 2036

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST.** **DIV.** **C.A. #**           **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3   09-5338            Josh Naehu-Reyes v. Unionbancal Corp., et al.
  CAN  3   09-5622            Katherine Anne Williams v. Wachovia Bank, N.A.

NEW YORK SOUTHERN
  NYS  1   09-8780            Angela Walsh-Duffy, et al. v. JP Morgan Chase Bank, N.A., et al.



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Gracie Gomez
Deputy Clerk
Date  02-01-10

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                              MDL No. 2036

## PANEL SERVICE LIST (CTO-11)

Peter Higgins Bales
SEVERSON & WERSON PC
A Professional Corporation
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Todd D. Carpenter
BONNETT FAIRBOURN
FRIEDMAN & BALINT PC
600 W. Broadway
Suite 900
San Diego, CA 92101

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136

Robert C. Gilbert
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137

Norah Hart
TREUHAFT & ZAKARIN LLP
1011 Avenue of the Americas
4th Floor
New York, NY 10000

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

Christopher R. Lipsett
WILMER CUTLER PICKERING
HALE & DORR LLP
399 Park Avenue
New York, NY 10022

Alan M. Mansfield
CONSUMER LAW GROUP
The Consumer Law Group
9466 Black Mountain Road
Suite 225
San Diego, CA 92126

Louis M. Marlin
MARLIN & SALTZMAN LLP
3200 El Camino Real
Suite 100
Irvine, CA 92602

Alisha A. Martin
HARRISON PATTERSON
 & O'CONNOR LLP
402 West Broadway
29th Floor
San Diego, CA 92101

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374

James R. McGuire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Sylvia Rivera
MORRISON & FOERSTER LLP
555 W. Fifth Street
Suite 3500
Los Angeles, CA 90013

Marian S. Rosen
MARIAN S ROSEN & ASSOCIATES
5065 Westheimer
Suite 840
Houston, TX 77056

**MDL No. 2036 - Panel Service List (CTO-11) (Continued)**

Howard Rubinstein
914 Waters Avenue
Suite 20
Aspen, CO 81611

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

Patricia N. Syverson
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012

Miriam E. Zakarin
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450-1989